On respondents - cross-petitioners' motion for reconsideration filed August 9, reconsideration allowed; decision (122 Or App 153, 858 P2d 182) withdrawn; affirmed on petition; on cross-petition, reversed and remanded for reconsideration October 20, 1993

In the Matter of the Compensation of
Larry S. Olson, Claimant.

Larry S. OLSON,
*Petitioner - Cross-Respondent,*

*v.*

GENERAL MOTORS CORPORATION
and Royal Insurance of America,
*Respondents - Cross-Petitioners.*

(WCB 90-22247; CA A73462)

860 P2d 308

Craig A. Staples and Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C., for motion.

No appearance *contra*.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reconsideration allowed; decision withdrawn; affirmed on petition; on cross-petition, reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).